

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00478-CV

| | | |
|---|---|---|
| Tony Smith | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2012-000749-1) |
| v. | | |
| | § | January 30, 2014 |
| Ron Philley and Lynda Philley | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed as to all of the defendants in the trial court and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellees Ron Philley and Lynda Philley shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bob McCoy        
          Justice Bob McCoy